MN-306
(Rev'd 10/00)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | CASE NO. 15-43011-KHS |
| MORQUE, LANCE | ) | |
| | ) | TRUSTEE'S REPORT OF |
| | ) | RETURNED FUNDS AND/OR |
| | ) | NEW ESTATE FUNDS |
| Debtor (s) | ) | AND SUPPLEMENTAL |
| | ) | DISTRIBUTION |

The undersigned trustee of the estate of the Debtor(s) named above hereby reports:

1.  The creditor(s) listed below have returned all or a portion of the distribution they received pursuant to the Trustee's Final Report and Proposed Distribution.

| Claim No. | Claimant | Amount Returned |
|---|---|---|
| 000001 | DISCOVER | $17,673.24 |

2.  The trustee has received additional funds not previously reported in the amount of $_____ and the source was _____. No further compensation and expenses are requested.

3.  The returned funds and/or new funds should be distributed in accordance with 11 U.S.C. §726 as shown below, or per the exhibit attached hereto.  SEE ATTACHED PROPOSED DISTRIBUTION.

| Claim No. | Claimant | Claim Amount | Previously Paid | Supplemental Dividend |
|---|---|---|---|---|
| | | | | |

Dated: _____January 2, 2018_____          /e/ Randall L. Seaver
                                             RANDALL L. SEAVER, Trustee
                                             12400 PORTLAND AVENUE SOUTH
                                             SUITE 132
                                             BURNSVILLE, MN  55337
                                             (952) 890-0888

**PROPOSED DISTRIBUTION**

| Case Number: 15-43011   KHS | Page  1 | Date: January 1, 2018 |
|---|---|---|

Debtor Name: MORQUE, LANCE

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | | | $17,673.24 |
| | RANDALL L. SEAVER, TRUSTEE COMPENSATION | Admin | | $19,500.00 | $19,500.00 | $0.00 | $0.00 | $17,673.24 |
| | RANDALL L. SEAVER, TRUSTEE EXPENSES | Admin | | $274.96 | $274.96 | $0.00 | $0.00 | $17,673.24 |
| 000006 | PAIEMENT LAW OFFICE, LLC | Admin | 001 | $660.00 | $660.00 | $0.00 | $0.00 | $17,673.24 |
| 000007 | FULLER, SEAVER, SWANSON & KELSCH, P.A. | Admin | 001 | $110,834.50 | $110,834.50 | $0.00 | $0.00 | $17,673.24 |
| 000008 | FULLER, SEAVER, SWANSON & KELSCH, P.A. | Admin | 001 | $3,547.39 | $3,547.39 | $0.00 | $0.00 | $17,673.24 |
| 000002 | WELLS FARGO BANK NA | Unsec | 070 | $3,135.94 | $1,019.53 | $2,116.41 | $112.79 | $17,560.45 |
| 000003 | OPPENHEIMER & CO. INC. | Unsec | 070 | $130,932.24 | $42,567.44 | $88,364.80 | $4,709.27 | $12,851.18 |
| 000004 | LIGHTHOUSE MANAGEMENT GROUP, INC | Unsec | 070 | $336,235.83 | $109,313.78 | $226,922.05 | $12,093.47 | $757.71 |
| 000005 | BRUCE N. CRAWFORD | Unsec | 070 | $21,066.85 | $6,849.05 | $14,217.80 | $757.71 | $0.00 |
| << Totals >> | | | | $626,187.71 | $294,566.65 | $331,621.06 | $17,673.24 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.