MN,ND-305

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

207045

Nung
9-14-18

Unclaimed Dividends/Distribution Less Than $5 for Deposit to Registry Fund

Debtor: <u>MORQUE, LANCE</u>

Chapter 7 Case No. <u>15-43011-KHS</u>

Please Check One:

__X__   Unclaimed Dividends

_____   Distribution Less Than $5

| Name and Address of Creditor | Claim No. | | Unclaimed Amount |
|---|---|---|---|
| LIGHTHOUSE MGMT GROUP | 000004 | | $12093.47 |

Dated:  September 10, 2018

_____
RANDALL L. SEAVER, Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

BKY 15-43011

In re:

**AFFIDAVIT**

Lance K. Morque,

Debtor.

STATE OF MINNESOTA   )
                     ) ss.
COUNTY OF DAKOTA     )

Randall L. Seaver, being first duly sworn on oath, deposes and states as follows:

1. That your affiant is the trustee in the above-captioned case, and has personal knowledge in the facts contained herein.

2. The following check, payable to the following entity, was not cashed. As to the check, I have made the following efforts:

    a. The holder of claim no. 4 was a court appointed receiver ("Receiver"). Prior to the trustee's second dividend distribution to the holder of claim no. 4, in the amount of $12,093.47, the Receiver was discharged and, so, advised the trustee that it did not have the ability to accept the funds. The trustee has advised the attorney for the Receiver that the funds will be filed with the Court registry, and the appropriate parties can then seek release of the funds.

3. The claimant, claim number, claim amount, and distribution amount are as follows:

| Claimant | Claim No. | Claim Amount | Distribution Amount |
|---|---|---|---|
| Patrick Finn<br>Receiver for First United Funding, LLC and Corey N. Johnston<br>Lighthouse Management Group, Inc.<br>900 Long Lake Road, Suite 180<br>New Brighton, MN 55112 | 4 | $336,235.83 | $12,093.47 |

**FURTHER YOUR AFFIANT SAYETH NOT.**

_____
Randall L. Seaver

Subscribed and sworn to before me

this 12th day of September, 2018.

_____
Notary Public

JENNIFER MARIE BAKER
Notary Public-Minnesota
My Commission Expires Jan 31, 2022

Send original to:
U.S. Bankruptcy Court
301 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

**Fill in this information to identify the case:**

Debtor 1: Lance Morque

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: District of Minnesota

Case number: 15-43011

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Patrick Finn and Lighthouse Management Group, Inc. as Receiver for First United Funding, LLC and Corey N. Johnston
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Fredrikson & Byron, P.A. Attn: Ryan Murphy
Name
200 South Sixth Street, Suite 4000
Number   Street
Minneapolis        MN        55402
City              State      ZIP Code

Contact phone  612-492-7310
Contact email  rmurphy@fredlaw.com

Where should payments to the creditor be sent? (if different)

Name _____
Number   Street _____
City   State   ZIP Code _____

Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

**4. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) _____   Filed on _____
                                                                      MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                              Proof of Claim                            page 1

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | Amount entitled to priority |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. *Check all that apply:* | |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/2019 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

The person completing this proof of claim must sign and date it.
FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  10-12-2016
                  MM / DD / YYYY

_____
Signature

Print the name of the person who is completing and signing this claim:

| Name | Patrick Finn |
| | First name    Middle name    Last name |
| Title | Receiver for First United Funding, LLC and Corey N. Johnston |
| Company | Lighthouse Management Group, Inc. |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | 900 Long Lake Road, Suite 180 |
| | Number    Street |
| | New Brighton                          MN        55112 |
| | City                                  State     ZIP Code |
| Contact phone | 651-323-2260    Email    pfinn@lighthousemanagement.com |